MARK D. RUTTER – State Bar No. 58194
EMILY SUHR – State Bar No. 306658
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
mrutter@crdlaw.com / esuhr@crdlaw.com

Attorneys for Defendant City of Claremont

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMILLA PENNINGTON, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF CLAREMONT, a public entity; and DOES 1-10,<br><br>    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>[28 U.S.C. § 1441 - Federal Question] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant City of Claremont hereby removes to the United States District Court for the Central District of California, the state court action described below.

1.      On or about April 16, 2021, an action was commenced in Los Angeles County Superior Court entitled *Shamilla Pennington v. City of Claremont* bearing case number 21STCV14490. Attached hereto as Exhibit "A" is a copy of the

original Complaint that was filed in the action.

2. In the Complaint for Damages, the Plaintiff asserts two causes of action under federal law (42 U.S.C. § 1983), premised on alleged violations of the United States Constitution (COAs 1-2).

3. On or about May 10, 2021, Defendant City of Claremont was served with the Complaint.

4. No other persons or entities have been named as defendants in this suit.

5. This action is a civil action of which the United States District Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to that Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 (b) and (c), in that it involves claims for violation of 42 U.S.C. § 1983.

6. Copies of all other process, pleadings and orders served upon Defendant in the action filed in Los Angeles Superior Court are attached hereto collectively as Exhibit "B."

7. As City of Claremont is the only defendant who has been served in this action, there are no other defendants who need to join in this removal.

DATED: June 9, 2021                    CARPENTER, ROTHANS & DUMONT

                                        By:   /s/ Emily Suhr
                                              MARK D. RUTTER
                                              EMILY SUHR
                                              Attorneys for Defendant
                              City of Claremont

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 500 South Grand Avenue, 19th Floor, Los Angeles, California 90071.

On **June 9, 2021**, I served the foregoing document(s) described as:

## NOTICE OF REMOVAL OF ACTION

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Matthew P. Malczynski
HAVENS MALCZYNSKI GRIGOLA LLP
33 West Foothill Boulevard
Glendora, CA 91741
*Attorneys for Plaintiff*

BY MAIL

☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY PERSONAL SERVICE

☐ I caused such envelope to be delivered by hand to the offices of the addressee indicated above.

BY OVERNIGHT COURIER SERVICE

☐ I caused a copy of such documents to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivered fees paid or provided for.

BY ELECTRONIC SERVICE

☐ I caused the document to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **June 9, 2021,** at Los Angeles, California.

I declare, under penalty of perjury under the laws of the State of California that the above is true and correct.

_____          *Susana Guzman*
        SUSANA GUZMAN